# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| TERRI GOMEZ,<br><br>　　　　　Plaintiff,<br>vs.<br><br>CLARK COUNTY SCHOOL DISTRICT, *et al.*,<br><br>　　　　　Defendants. | Case No. 2:19-cv-00545-GMN-VCF<br><br>**REPORT AND RECOMMENDATION FOR DISMISSAL WITH PREJUDICE** |

On April 19, 2019, the Court granted Gomez's application to proceed *in forma pauperis* and dismissed her complaint without prejudice. (ECF No. 7). The Court found that the amended complaint failed to state a claim upon which the court may grant relief. (*Id.* at 2).

The Court gave Plaintiff until May 10, 2019, to file an amended complaint and warned that "[f]ailure to timely file an amended complaint may result in a recommendation for dismissal with prejudice." (ECF No. 7 at 5).

Plaintiff filed a second amended complaint on May 10, 2019. (ECF No. 9). The court dismissed the second amended complaint for failure to exhaust administrative remedies. (ECF No. 14 at 4). The Court gave Plaintiff until August 19, 2019, to file a third amended complaint to cure her deficiency.

To date, no objection has been filed. Plaintiff has failed to file a third amended complaint.

On August 22, 2019, Plaintiff has filed the Motion to Reassign Case (ECF NO. 15) and Motion for Appointment of Counsel (ECF NO. 16). These motions are prematurely filed.

Accordingly,

IT IS RECOMMENDED that this action be DISMISSED WITH PREJUDICE and Judgment entered, accordingly.

IT IS FURTHER ORDERED that Plaintiff's Motion to Reassign Case (ECF NO. 15) and Motion for Appointment of Counsel (ECF NO. 16) are DENIED.

## NOTICE

Under Local Rule IB 3-2, any objection to this Report and Recommendation must be in writing and filed with the Clerk of the Court within 14 days.  The Supreme Court has held that the courts of appeal may determine that an appeal has been waived due to the failure to file objections within the specified time.  (*See Thomas v. Arn*, 474 U.S. 140, 142 (1985)).  This circuit has also held that (1) failure to file objections within the specified time and (2) failure to properly address and brief the objectionable issues waives the right to appeal the District Court's order and/or appeal factual issues from the order of the District Court.  (*See Martinez v. Ylst*, 951 F.2d 1153, 1157 (9th Cir. 1991); *Britt v. Simi Valley United Sch. Dist.*, 708 F.2d 452, 454 (9th Cir. 1983)).

Pursuant to LSR 2-2, the Plaintiff must immediately file written notification with the court of any change of address.  The notification must include proof of service upon each opposing party or the party's attorney.  **Failure to comply with this Rule may result in dismissal of the action.**  (*See* LSR 2-2).

IT IS SO RECOMMENDED.

DATED this 13th day of September, 2019.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE